727 A.2d 1113

**COMMONWEALTH of Pennsylvania, Appellee,**

v.

**Jarmaine Q. TRICE, Appellant.**

Supreme Court of Pennsylvania.

April 29, 1999.

Joel S. Moldovsky, Philadelphia, for Jarmaine Q. Trice.

Catherine Marshall, William G. Young, Philadelphia, for Com.

Before FLAHERTY, C.J., and ZAPPALA, CAPPY, CASTILLE, NIGRO, NEWMAN and SAYLOR, JJ.

266

### *ORDER*

PER CURIAM:

Appeal dismissed as having been improvidently granted.